JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA G., <br>     Plaintiff, <br>   v. <br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br>     Defendant. | Case No. 2:23-cv-10613-KES <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the unfavorable portion of the Commissioner's decision is reversed, and this matter is remanded for payment of benefits.

DATED: September 6, 2024

_____
KAREN E. SCOTT
United States Magistrate Judge